WILLIAM W. CONKLIN v. BOARD OF TRUSTEES
OF THE POLICE & FIREMEN'S RETIREMENT SYSTEM.

October 29, 1975. Petition for certification denied. (See
135 *N. J. Super.* 131).

IN THE MATTER OF NEIL JOHN LUCAS.

November 3, 1975. Petition for certification denied. (See
136 *N. J. Super.* 24).

J. FLETCHER CREAMER & SONS, INC. v.
NEW JERSEY SPORTS & EXPOSITION AUTHORITY.

November 12, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. ORN RICHARD VESTAL.

November 12, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. ETHEL G. WASELON.

November 12, 1975. Petition for certification granted.

STATE OF NEW JERSEY v. JAMES TURNER.

November 12, 1975. Petition for certification denied.